# EXHIBIT B

US6687343B2 vs AireSpring-AirePBX

| Claim | AireSpring-AirPBX (The accused instrumentality) |
|---|---|
| 1. An Internet communication control apparatus selectively connected to a plurality of communication terminals and to a computer network, said Internet communication control apparatus comprising: | The accused instrumentality is an Internet communication control apparatus (e.g., hosted PBX) selectively connected to a plurality of communication terminals (e.g., desk phones and mobile app installed smart devices) and to a computer network.<br><br><br><br>https://airespring.com/product/cloud-phone-system/ |

Case 1:21-cv-00259-CFC   Document 1-2   Filed 02/23/21   Page 3 of 9 PageID #: 22



https://airespring.com/product/cloud-phone-system/

**End-to-End Quality of Service**

While many cloud phone solutions leave you with no choice but to rely on the public internet, AirePBX offers fully managed connectivity over AireSpring's owned and operated nationwide advanced IP network. Receive consistent voice quality with end-to-end Quality of Service (QoS) and 24/7 network monitoring.

**Professional On-Site Installation**

AireSpring pre-configures your equipment and dispatches a trained technician to perform professional on-site installation and testing of IP phones, routers and switches to ensure that your communications system works perfectly.

**Work From Anywhere**

With AirePBX, you can work from your desk phone, smartphone, tablet, desktop computer, or laptop. Seamlessly switch between your office and mobile devices during live calls for ultimate unrestricted mobility.

**24/7/365 Network Monitoring**

With the AirePBX Cloud Phone System with managed connectivity, our Network Operations Team (NOC) monitors and manages your traffic 24 hours a day, 365 days a year. We work to ensure that any potential issues on your network are pre-emptively identified and addressed before they affect your communications.

https://airespring.com/product/cloud-phone-system/

| | |
|---|---|
| a controller configured to transmit calling signals to said plurality of communication terminals, wherein a single calling signal having a first predetermined time period is transmitted to one communication terminal of said plurality of communication terminals when a single calling request is detected from the computer network, and wherein plural calling signals having a second predetermined time period are | The accused instrumentality utilizes a controller (e.g., hosted PBX) configured to transmit calling signals to said plurality of communication terminals (e.g., desk phones and mobile app installed smart devices), wherein a single calling signal having a first predetermined time period (e.g., User Defined Connect Timeout) is transmitted to one communication terminal (e.g., user defined single member) of said plurality of communication terminals (e.g., desk phones and mobile app installed smart devices) when a single calling request (e.g., User Call initiation) is detected from the computer network (e.g., AireSpring's cloud VoIP), and wherein plural calling signals having a second predetermined time period (e.g., User Defined Connect Timeout) are sequentially transmitted (e.g., sequential call forwarding) to plural communication terminals (e.g., multiple members in the queue) of said plurality of communication terminals (e.g., desk phones and mobile app installed smart devices) when plural calling requests are detected from the computer network, said plural calling signals being transmitted one after another (e.g., sequential call forwarding) to the plural communication terminals (e.g., multiple members in the queue which can be desk phones and mobile app installed smart devices).<br><br>The accused instrumentality (e.g., AirePBX) utilizes a controller (e.g., hosted PBX) which is provided with an advance call forwarding features wherein AireSpring hosted VoIP allows users to customize the number of calling members (i.e. singular or plural calling terminals) as well as predetermined time period for calling signals (i.e. user controlled Connect timeout which indicates how long should a member's phone rings before choosing a new member to receive the call). In case of multiple members receiving call members in the queue (i.e. plural calling signals to plurality of communication terminals) there exist a provision for sequential transmission of call to plurality of communication terminal (i.e. sequential call forwarding). |

| | |
|---|---|
| sequentially transmitted to plural communication terminals of said plurality of communication terminals when plural calling requests are detected from the computer network, said plural calling signals being transmitted one after another to the plural communication terminals. | <br><br>https://airespring.com/product/cloud-phone-system/ |



https://airespring.com/product/cloud-phone-system/

## Multi Line Hunt Groups

A Multi Line Hunt Group (MLHG) allows sequential ringing of available phones for use in applications such as call centers.

An MLHG consists of a number of lines within the business group, known as members. When a call comes into the hunt group, a hunt algorithm will decide which phone to ring. If this phone is busy or is not answered the hunt algorithm will move on to another phone.

- Hunt groups can have a pilot number, which is a directory number associated with the MLHG. When this pilot number is called the members of the MLHG are alerted in turn.

- Alternatively, a hunt group can be configured to hunt if any member of the hunt group is called directly using its DID number and doesn't answer.

https://www.airespring.com/airepbx-guides/AirePBX%20FeatureOverviewGuide%201.pdf

There are various distribution algorithms available:

- Linear – hunting starts at the first configured line and goes sequentially through the members in the list in the order they were configured.
- Circular – hunting starts at the line which has been called, and then goes through as in the linear case.
- Uniform – hunting starts at the first line after the line which was called the last time this MLHG was called.
- Most idle – hunting starts at the line which has been idle for the longest period of time. After this it tries the line which has been idle for the next longest period, etc.
- Ring all – all free MLHG members ring simultaneously until one member answers the call.

MLHGs can also be configured to enable queuing. If configured, calls which come in to an MLHG whose members are all busy will be queued. These queued calls will receive Music On Hold if this feature is configured.

This feature is enabled and configured on the business group on the AirePBX platform.

There is no support required from the user's phone.

https://www.airespring.com/airepbx-guides/AirePBX%20FeatureOverviewGuide%201.pdf



https://www.airespring.com/wp-content/uploads/2018/07/AirePBX-BGAdmin-Training_03.pdf