## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **TEKVOKE, LLC,**<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>**AIRESPRING, INC.,**<br><br>　　　　　Defendant. | Civil Action No.: 1:21-cv-00259-CFC<br><br>**TRIAL BY JURY DEMANDED** |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO ANSWER THE COMPLAINT

IT IS HEREBY STIPULATED by the undersigned counsel for Tekvoke LLC, subject to the approval of the Court, that Defendant AireSpring, Inc.'s time to answer, move or otherwise respond to the Complaint in this action shall be extended up to and including April 19, 2021.  The reason for this extension is to allow Defendant additional time to investigate the allegations of the Complaint. The requested extension should not disrupt the schedule in this case, as a Rule 16 conference has not been set.

| | |
|---|---|
| Dated: March 11, 2021 | Respectfully Submitted, |
| OF COUNSEL: | CHONG LAW FIRM PA |
| Howard L. Wernow (*Pro hac vice*)<br>SAND SEBOLT & WERNOW CO., LPA<br>Aegis Tower – Suite 1100<br>4940 Munson Street NW<br>Canton, Ohio 44718<br>Telephone:  330-244-1174<br>Fax:  330-244-1173<br>howard.wernow@sswip.com | */s/ Jimmy Chong*<br>Jimmy Chong (#4839)<br>2961 Centerville Road, Suite 350<br>Wilmington, DE 19808<br>Telephone: (302) 999-9480<br>Fax: (877) 796-4627<br>chong@chonglawfirm.com<br><br>ATTORNEYS FOR PLAINTIFF |

SO ORDERED this \_\_\_\_ day of March, 2021.

---------------------------------------
UNITED STATES DISTRICT JUDGE